| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
June 11, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Rashaun Nicole Stagg-Shehadeh, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-18-4775 |
| | § | |
| LPM Manufacturing, Inc., et al., | § | |
| Defendants. | § | |

## Order of Adoption

On May 26, 2021, Magistrate Judge Peter Bray recommended that the court grant the motion for summary judgment of LPM Manufacturing, Inc., and Leslie's Poolmart, Inc. (45) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. A separate final judgment will issue.

Signed at Houston, Texas, on June __11__, 2021.

Lynn N. Hughes
United States District Judge